United States District Court
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 17 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

BRIAN DONALD LORENTZEN and
BRANDY ELICE LORENTZEN

CRIMINAL COMPLAINT

CASE NUMBER: MJ-08-153

(Name & Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on or about June 15, 2008, in the Eastern District of Washington, BRIAN DONALD LORENTZEN and BRANDY ELICE LORENTZEN did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference.    ☒ Yes   ☐ No

Signature of Complainant Matthew W. Smith
Task Force Officer, DEA

Sworn to before me, and subscribed in my presence

June 17, 2008
Date

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer

at Spokane, Washington
City and State

Signature of Judicial Officer

P80617DD.AAA.wpd

*In Re: Criminal Complaints*
*Brandy Elice LORENTZEN and Brian Donald LORENTZEN*
*(Spokane County) (AA)*

## AFFIDAVIT

STATE OF WASHINGTON   )
                      :ss
County of Spokane     )

Matthew W. Smith, being first duly sworn on oath, deposes and states: am employed as a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration, and am currently assigned to the Seattle Field Division, Spokane Resident Office.

I have been working with the U. S. Drug Enforcement Administration (DEA) since March, 2006, and have been assigned to the Seattle Field Division, Spokane Resident Office, since that time. As a DEA Task Force Officer, I investigate violations of the Controlled Substances Act, 21 U.S.C. § 801, et seq. I have been continuously employed as a law enforcement officer since October, 1993. I began my career as a Deputy with the Stevens County Sheriffs Office, where I worked in the Patrol Division. I attended the Washington State Criminal Justice Training Commission Academy, graduating in February, 1994.

Affidavit of Matthew W. Smith
1 of 7
P80616DD.AAX.wpd

I was hired by the Spokane County Sheriffs Office as a Lateral Entry Deputy Sheriff in January, 1996. I was promoted to the rank of Detective/Corporal on October 1, 2004. I have attended a variety of law enforcement training courses, which familiarized me with the methods used by drug trafficking organizations to import, manufacture, and distribute controlled substances and to launder drug trafficking proceeds. Additionally, I have participated in many criminal investigations involving drug trafficking. This participation includes acting as the case agent and assisting other law enforcement officers. Through this participation, I have gained an understanding of the manner in which controlled substances are imported, manufactured, and/or distributed, and the various roles that members of such organizations serve in furtherance of drug trafficking and money laundering activities.

## FACTS IN SUPPORT OF PROBABLE CAUSE

1. The facts and opinions set forth in this affidavit have been derived from the above described training and experience, as well as my personal participation in this investigation and from information provided to me by

agents and officers from the DEA and/or other state and local law enforcement personnel.

2. This affidavit is submitted in support of an application for the arrest warrant and complaint for Brandy Elice LORENTZEN and Brian Donald LORENTZEN. Because this affidavit is being submitted solely for establishing probable cause for the application of complaint/arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to support the issuance of the requested arrest warrant/complaint.

3. On June 15, 2008, Deputy Sheriff Darrell Rohde was on duty as a patrol officer for Spokane County, Washington. Deputy Rohde observed a Chevrolet Celebrity bearing Washington license plate 518RRY near the intersection of Boone and Monroe in Spokane, Washington. Deputy Rohde noticed that when the vehicle activated its brakes, the center brake lamp did not activate. Deputy Rohde further noticed jewelry hanging from the rear-view mirror of the vehicle obstructing the driver's view through the windshield. Deputy Rohde initiated a traffic stop of the vehicle to address both of these

Affidavit of Matthew W. Smith
3 of 7
P80616DD.AAX.wpd

violations of Washington State Law.

4. After stopping the vehicle, Deputy Rohde contacted the female driver, Brandy Elice LORENTZEN, who was identified by a Washington State Identification Card. Deputy Rohde noticed that there was a male seated in the front passenger seat and no other occupants of the car. Brandy Elice LORENTZEN told Deputy Rohde that she had just purchased the vehicle and that her driver's license was suspended. Deputy Rohde confirmed through his police radio that Brandy Elice LORENTZEN's license was suspended in the third degree in the State of Washington.

5. Deputy Rohde asked Brandy Elice LORENTZEN who the passenger in the vehicle was. Brandy Elice LORENTZEN said that the passenger was her husband "Brian". Deputy Rohde checked the name Brian LORENTZEN for warrants and learned that there was an active warrant from the Washington State Department of Corrections under that name. Deputy Rohde had the warrant confirmed through radio by the originating agency. Deputy Rohde was able to locate a booking photograph for Brian

Affidavit of Matthew W. Smith
4 of 7
P80616DD.AAX.wpd

LORENTZEN on his mobile computer. The photograph matched the passenger.

6.  Deputy Rohde arrested Brandy Elice LORENTZEN for driving with a suspended driver's license and placed her in his patrol car. With the assistance of back-up officers, Deputy Rohde then arrested Brian Donald LORENTZEN for the outstanding warrant. While searching Brian Donald LORENTZEN incident to arrest, a small bindle of what Deputy Rohde recognized, from his training and experience, was found in Brian's pant's pocket. Deputy Rohde field tested the substance for heroin with a positive result.

7.  Deputy Rohde searched the vehicle incident to the arrest of the two subjects. In a black nylon purse sitting on the front bench type seat, he located a cylindrical object wrapped in cellophane. Deputy Rohde noticed a strong chemical odor coming from the package and was concerned for his safety. He reminded Brandy Elice LORENTZEN of her <u>Miranda</u> rights, then asked her if the item in the package would hurt him. Brandy Elice LORENTZEN said it would not hurt him. When Deputy Rohde opened the package, he found what

he recognized as approximately ½ pound of black tar heroin further contained in a clear zip-lock bag. Deputy Rohde obtained a positive field test for heroin from that package. Deputy Rohde also found a letter addressed to Brandy inside the purse as well as $41 in United States currency.

8. Deputy Rohde continued his search of the vehicle and found a zippered make-up case under the passenger side of the front seat. The item was within Brian's reach but not Brandy's. Inside the make-up case were 15 individually wrapped quantities of what Deputy Rohde recognized as heroin. Also in the make-up case was a digital scale with what Deputy Rohde recognized as heroin residue on it and $475 in United States currency.

9. Deputy Rohde advised both Brian and Brandy that they were under arrest for Possession with the Intent to Deliver a Controlled Substance (heroin) under Washington State Law. He transported them both to the Spokane County Jail to be booked. At booking, $300 in United States Currency was found in Brandy's buttocks area. In total, over 100 grams of a mixture or substance containing a detectable amount of heroin where recovered from the vehicle.

Affidavit of Matthew W. Smith
6 of 7
P80616DD.AAX.wpd

10.  All the evidence, including the United States Currency, was recovered at the scene by Deputy Rohde and later submitted to the Spokane City/County Property facility. The vehicle was impounded. Based on the above, I submit that there is probable cause to believe that both Brandy Elice LORENTZEN and Brian Donald LORENTZEN possessed, with the intent to distribute, 100 grams or more of a mixture or substance containing heroin, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(B)(i).

_____
Matthew W. Smith, Task Force Officer
Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 17th day of June, 2008.

_____
Cynthia Imbrogno
United States Magistrate Judge