PROB 12B
(7/93)

Report Date: August 19, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 21 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brandy Elice Lorentzen          Case Number: 2:08CR00082-002

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008       Type of Supervision: Supervised Release

Original Offense: Possession with the Intent to distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)

Date Supervision to Commence: September 10, 2013

Original Sentence: Prison - 70 Months;
                   TSR - 48 Months

Date Supervision Expires: September 9, 2017

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Offender is due to be released from the RRC on September 10, 2013. She currently has no place to live, and has not been able to save enough money from her job in order to pay for housing. Ms. Lorentzen is in agreement to stay at the RRC in order to have the ability to save enough money to find a place to live.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  8/19/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob 12B
**Re: Lorentzen, Brandy Elice**
**August 19, 2013**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[ ]  Other

_s/ Wm. Fremming Nielsen_
Signature of Judicial Officer

_8/21/13_
Date