PROB 12C
(7/93)

Report Date: June 19, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2015

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Elice Lorentzen    Case Number: 0980 2:08CR00082-WFN-2

Address of Offender: ████████████, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

Original Offense: Possession with the Intent to distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)

Original Sentence: Prison - 70 months;    Type of Supervision: Supervised Release
TSR - 48 months

Asst. U.S. Attorney: Pamela J. Byerly    Date Supervision Commenced: September 10, 2013

Defense Attorney: Roger Peven    Date Supervision Expires: September 9, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On June 11, 2015, Brandy Lorentzen submitted a urine specimen at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) that was confirmed positive for heroin, methamphetamine, and marijuana. In addition, Ms. Lorentzen failed to submit to a urinalysis on June 18, 2015. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
**Re: Lorentzen, Brandy Elice**
**June 19, 2015**
**Page 2**

        **Supporting Evidence**: Brandy Lorentzen failed to attend substance abuse treatment as scheduled on June 11, 12, and 18, 2015.

3        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: On June 1, 2015, the undersigned officer provided Brandy Lorentzen with written instructions to report to the U.S. Courthouse, in Spokane, Washington, at 1:30 p.m. However, the defendant failed to report as directed and her current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/19/1205

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/19/2015
Date