PROB 12C
(7/93)

Report Date: July 27, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Elice Lorentzen          Case Number: 0980 2:08CR00082-WFN-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

| | | |
|---|---|---|
| Original Offense: | Possession with the Intent to distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) | |
| Original Sentence: | Prison 70 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: September 10, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: September 9, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1         **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

          **Supporting Evidence**: Brandy Lorentzen violated her terms of supervised release in Spokane, Washington, on July 24, 2015, by failing to report to the U.S. Probation Office as directed by the undersigned officer. On July 24, 2015, Ms. Lorentzen was instructed to appear in the U.S. Probation Office by 4:15 p.m., following her termination from the Spokane Addiction Recovery Center (SPARC) inpatient program. Ms. Lorentzen was terminated from the program on July 24, 2015. She failed to appear or call as instructed. Her current whereabouts are unknown at this time.

2         **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Prob12C
Re: Lorentzen, Brandy Elice
July 27, 2015
Page 2

**Supporting Evidence**: Brandy Lorentzen violated her terms of supervised release in Spokane, Washington, by failing to successfully complete an approved substance abuse treatment program. Ms. Lorentzen was terminated from the Spokane Addiction Recovery Center (SPARC) inpatient program on July 24, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/27/2015

s/Tommy Rosser

Tommy Rosser
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7/27/15
Date