PROB 12C
(6/16)

Report Date: September 1, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 01 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Elice Lorentzen          Case Number: 0980 2:08CR00082-WFN-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(I) and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 70 months; TSR - 48 months |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: September 10, 2013

Date Supervision Expires: September 9, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Ms. Lorentzen has violated the terms of her supervised release by submitting to urinalysis testing or mouth swab testing at Alcohol Drug Education Prevention and Treatment (ADEPT) on August 9, 2016; August 15, 2016, and August 24, 2016, the results of which were confirmed as being positive for methamphetamine.

2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On August 30, 2016, Chief United States Probation Officer(CUSPO) Mr. Matt Thompson placed a call to Ms. Lorentzen in an effort to discuss her continued noncompliance with her conditions of supervised release as ordered by the Court, and left a voice mail directing Ms. Lotrentzen to return the officer's voice mail by the end of the day.

Prob12C
Re: Lorentzen, Brandy Elice
September 1, 2016
Page 2

Ms. Lorentzen failed to comply with the directive, and as of the writing of this report, she has failed to contact the U.S. Probation Office in Spokane as directed.

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Lorentzen has violated the terms of her supervised release by failing to report to ADEPT for urinalysis testing as required on August 22, 25, and 29, 2016.

4    **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Ms. Lorentzen has violated the terms of her supervised release by failing to attend treatment at ADEPT on August 22, 25, 26, 29 and 30, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 1, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/1/16
Date