# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Elice Lorentzen     Case Number: 0980 2:08CR00082-WFN-2

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) |
| Original Sentence: | Prison 70 months; TSR - 48 months |
| Asst. U.S. Attorney: | Matthew Duggan |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: September 10, 2013

Date Supervision Expires: September 9, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was not to commit another Federal, state, or local crime.<br><br>Brandy Lorentzen has been engaging in the illegal act of prostitution. She has been advertising on an intranet site titled "Backpage." By her own admission, for over the last year, she has engaged in sexual acts with others in exchange for money.<br><br>Prostitution is a misdemeanor and is punishable by a term of imprisonment of not more than 90 days, in violation of R.C.W. 9A.88.030, R.C.W. 9A.20.021 (3) |

6     **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

    **Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was not to posses a controlled substance.

    On August 31, 2017, Brandy Lorentzen was found to be in possession of heroin and needles to inject heroin. She admitted to the undersigned officer that she was in possession of the substance and consumes 1 to ½ gram of heroin on a daily basis.

    Unlawful possession of a controlled substance is a class C felony, and is punishable by a term of imprisonment of not more than 5 years, in violation of R.C.W. 69.50.4013 (1)(2), R.C.W. 9A.20.021 (c).

7     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    **Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was not to consume a controlled substance.

    Brandy Lorentzen has been actively consuming heroin for the last year.

8     **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

    **Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was to report to the probation officer and submit a truthful and complete written report within the first 5 days of each month.

    Brandy Lorentzen absconded from supervision on or about September 1, 2016. Since that date, she has failed to report to probation.

9     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

    **Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was to notify the probation officer at least 10 days prior to any change in residence.

On August 31, 2017, Brandy Lorentzen was located at 709 East North Foothills Drive, in Spokane, Washington. She reported at that time that she had been living at that location for the last year. Ms. Lorentzen failed to report to her probation officer that she was residing at this address.

10     **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was not to frequent places where controlled substances are illegally sold, used, distributed, or administered.

On August 31, 2017, a federal search warrant was executed at 709 East North Foothills Drive. Located in plain view was a glass smoking device, and a crystal substance. The male occupant at the residence identified the substance as methamphetamine. Additionally, there was heroin and drug paraphernalia located in Ms. Lorentzen's bedroom.

11     **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she was not to associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony.

On August 31, 2017, Brandy Lorentzen was located at the residence with David Ehli. Mr. Ehli is a convicted felon and registered sex offender. Additionally, he has a pending federal matter that involves child pornography.

12     **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On September 18, 2013, Brandy Elice Lorentzen signed her conditions of supervised release relative to cause number 2:08CR00082-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Lorentzen was made aware by her U.S. probation officer that she permit a probation officer to visit her at any time at home or elsewhere.

Brandy Lorentzen absconded from supervised release on or about September 1, 2016. She failed to report her whereabouts to the U.S. Probation Office. Subsequently, she prohibited the undersigned officer from conducting home contacts.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/31/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/31/17

Date